IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**RICHARD A. GARCÍA-ARAMANTE,**<br>Defendant. | **Crim No. 26-046 (MBA)** |

## MOTION REQUESTING TRANSCRIPT

TO THE HONORABLE COURT:

Mr. García, through counsel, respectfully moves this Court for an Order letting counsel obtain the ordinary transcripts for the Preliminary Examination and Bail Hearing, held on January 29th, 2026 (DE 16) before Magistrate Judge Mariana E. Bauzá-Almonte.

See Amended Standing Order 20-061(GAG) (April 11, 2023) (requiring court order for access notwithstanding the First, Fifth, Sixth, and Fourteenth Amendments). This transcript is necessary to provide effective representation to Mr. García. *Attached as Exhibit No. 1*, Transcript Order Form.

WHEREFORE, Mr. García respectfully requests that the Court take notice and grant this motion.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 3rd, day of February 2026.

**RACHEL BRILL**
Federal Public Defender
District of Puerto Rico

*I CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of record.

**s/ MARIACAROLINA GÓMEZ**
MariaCarolina Gómez
USDC-PR G03715
241 F.D. Roosevelt Ave.
San Juan, PR 00918
Tel. (787) 281-4922 / Fax (787) 281-4899
Email: Maria_Gomez@fd.org