United States District Court
District Court
Exhibits Log: 26-mj-046-MBA-1 Preliminary Exam/Bail Hearing
USA v. Richard Anderson Garcia-Aramante (1), Preliminary Examination and Bail Hearing., 1/29/2026

- 1 -

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | U.S. Department of Homeland Security Notice and Order of Expedited Removal Form I-860 11.21.2018. | No | 1/29/2026 12:00 AM | 1/29/2026 12:00 AM |
| Gov-2 | U.S. Department of Homeland Security Notice to Alien Ordered Removed Departure Notification Form I-296 11.23.2018. | No | 1/29/2026 12:00 AM | 1/29/2026 12:00 AM |